1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1501950)
   DANIEL R. KALEBA  (CABN 223789)
5  Assistant United States Attorney

6    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
7    Telephone: (408) 535-5061
     Fax:  (408) 535-5066
8    E-Mail:  daniel.kaleba@usdoj.gov

9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE  DIVISION

13  UNITED STATES OF AMERICA,        )   No.   CR 11-00592 EJD
                                     )
14      Plaintiff,                   )   STIPULATION TO CONTINUE STATUS
                                     )   HEARING AND [PROPOSED] ORDER
15      v.                           )   EXCLUDING TIME FROM AUGUST 6,
                                     )   2012 TO AUGUST 27, 2012
16  RAYMOND FALCON GALLEGOS,         )
                                     )
17      Defendant.                   )
                                     )
18  _____

19      The defendant, RAYMOND FALCON GALLEGOS, represented by JAMES MCNAIR

20  THOMPSON, Esquire, and the government, represented by DANIEL R. KALEBA, Assistant

21  United States Attorney, hereby stipulate and request to continue the August 6, 2012 status

22  hearing for three weeks to August 27, 2012.  The defendant is currently undergoing a Court

23  ordered competency evaluation.  Furthermore, the defense investigation is ongoing.  The purpose

24  of the continuance is to allow additional time for the completion of the competency evaluation ,

25  as well as for necessary defense investigation.

26  //

27  //

28  //

*Stipulation and [Proposed] Order*
CR 11-00592 EJD

1  Time has been continued through August 6, 2012.  Counsel requests that time be
2  excluded under the Speedy Trial Act between August 6, 2012 and the next court appearance
3  because additional time is necessary to complete the competency evaluation process, to review
4  the discovery, and to conduct necessary investigation.
5  IT IS SO STIPULATED.

7  Dated: August 2, 2012
　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES MCNAIR THOMPSON
8  　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　RAYMOND FALCON GALLEGOS

11  Dated: August 2, 2012
　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL R. KALEBA
12 　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

14  Based upon the representation of counsel and for good cause shown, the Court finds that
15  failing to exclude the time between August 6, 2012 and [August 27, 2012] would unreasonably
16  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
17  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
18  3161(h)(7)(B)(iv).  The Court ordered competency evaluation is also ongoing.  18 U.S.C. §
19  3161(h)(1)(A).  The Court further finds that the ends of justice served by excluding the time
20  between August 6, 2012 and [August 27, 2012] from computation under the Speedy Trial Act
21  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
22  HEREBY ORDERED that the time between August 6, 2012 and [August 27, 2012] shall be
23  excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(1)(A) and
24  3161(h)(7)(A) and (B)(iv).

26  DATED: __August 3, 2012__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
27 　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge