MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1501950)
DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail:  daniel.kaleba@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 11-00592 EJD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING DATE |
| RAYMOND FALCON GALLEGOS, | ) | |
| Defendant. | ) | |

     Defendant Raymond Gallegos is set to be sentenced on December 17, 2012. The parties have been advised by the Probation Office that its presentence investigation is ongoing. The parties jointly request additional time for sentencing to allow the necessary investigation by the defense and the Probation Office to ensure the Court has information relevant to sentencing.

//
//
//
//
//
//

STIPULATION

Accordingly, the parties jointly stipulate and request the sentencing date be continued to February 11, 2013.

Dated: December 11, 2012                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            _____/s/_____
                                            DANIEL R. KALEBA
                                            Assistant United States Attorney


Dated: December 11, 2012                    _____/s/_____
                                            JAMES MCNAIR THOMPSON
                                            Attorney for Raymond Gallegos


Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the December 17, 2012 sentencing of the defendant is hereby continued to February 11, 2013.


Dated: __12/12/2012__                       _____
                                            HON. EDWARD J. DAVILA
                                            United States District Judge

STIPULATION                      2