NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, The Embarcadero
Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Fax: (415) 484-7054
chung@defender.law

Attorney for Defendant
RAYMOND FALCON GALLEGOS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case no. 11-CR-00592-EJD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JULY 14, 2025 STATUS CONFERENCE RE: DETENTION** |
| v. | |
| RAYMOND FALCON GALLEGOS, | |
| Defendant. | |

It is hereby stipulated and agreed between defendant Raymond Falcon Gallegos, by and through his counsel Naomi Chung, and, the United States of America, through Assistant United States Attorney Matthew Chang, that the status conference regarding detention currently set for July 14, 2025, be continued to August 7, 2025.

This continuance is requested as the parties are currently awaiting discovery related to the pending Form 12 allegations and defense counsel is working to identify a treatment program that can address Mr. Gallegos's mental health and substance use disorder needs. Additionally, defense counsel requires more time to gather records that is anticipated to assist the defense. Once a suitable program is identified, the United States Probation Office will require approximately two weeks to vet the program.

Accordingly, the parties respectfully request that the status conference be continued to August 7, 2025, to allow the parties to evaluate the forthcoming discovery and to give defense counsel adequate time to coordinate with Probation regarding a suitable treatment program.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: 7/10/2025

/s/
NAOMI CHUNG
Attorney for Raymond Falcon Gallegos

Dated: 7/10/2025

/s/
MATTHEW CHANG
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing, IT IS HEREBY ORDERED that the status conference be reset from July 14, 2025 to August 7, 2025 at 1:00 p.m.

Dated: July 11, 2025

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge