NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, The Embarcadero
Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Fax: (415) 484-7054
chung@defender.law

Attorney for Defendant
RAYMOND FALCON GALLEGOS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no. 11-CR-00592-EJD |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARCH 3, 2026 INITIAL APPEARANCE ON SUMMONS** |
| v. | |
| RAYMOND FALCON GALLEGOS, | |
| Defendant. | |

It is hereby stipulated and agreed between defendant Raymond Falcon Gallegos, by and through his counsel Naomi Chung, and, the United States of America, through Assistant United States Attorney Jeff Nedrow, that the initial appearance on the summons for Mr. Gallegos be continued from March 3, 2026, to March 10, 2026.

Mr. Gallegos is presently hospitalized at O'Connor Hospital in San Jose due to pneumonia. He was admitted to the hospital on February 25, 2026. The hospital has yet to determine his discharge date. Defense counsel has received confirmation from Mr. Gallegos' social worker that he will not be discharged by March 3, 2026. The parties therefore respectfully request that the Court continue the date of his initial appearance from March 3, 2026 to March 10, 2026.

STIPULATION AND [~~PROPOSED~~]
ORDER 11-CR-00592-EJD                    1

U.S. Probation Office has no objection to this requested continuance.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: 3/2/2026                                          /s/
                                        NAOMI CHUNG
                                        Attorney for Raymond Falcon Gallegos


Dated: 3/2/2026                                          /s/
                                        JEFF NEDROW
                                        Assistant United States Attorney

STIPULATION AND [~~PROPOSED~~]
ORDER 11-CR-00592-EJD                        2

## [~~PROPOSED~~] ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing, IT IS HEREBY ORDERED that the initial appearance for Mr. Gallegos be re-set to March 10, 2026 before this Court.

Dated: <u>March 2, 2026</u>

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~]
ORDER 11-CR-00592-EJD                    3